FILED
JAMES BONINI
CLERK

04 JAN -8 AM 10: 18

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| FRANKLIN D. HARRIS, JR. et al.<br>Plaintiffs | Case No. C-1-02-475 |
| | Judge Beckwith |
| vs. | |
| | Magistrate Judge Sherman |
| AMERICAN SAVINGS BANK, FSB, et. al.<br>Defendants | |

## STIPULATION OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE

The Court being advised that all parties have resolved their disputes extrajudicially and that plaintiffs Franklin D. Harris and Gwendolyn D. Harris desire to dismiss all their respective claims with prejudice, it is hereby ORDERED that this action in its entirety is hereby dismissed with prejudice.

SO ORDERED

_____
Judge Sandra S. Beckwith

**HAVE SEEN AND AGREED**

_____
Franklin D. Harris
1925 Timmonds Avenue
Portsmouth, Ohio 45662

*Pro Se Plaintiff*


_____
Gwendolyn Harris
1925 Timmonds Avenue
Portsmouth, Ohio 45662

*Pro Se Plaintiff*

_____
Scott A. Carroll         (0062115)
Anthony L. Osterlund     (0071086)
Vorys, Sater, Seymour and Pease LLP
221 E. Fourth Street
Atrium Two, Suite 2000
Cincinnati, Ohio 45202
(513) 723-4000
(513) 723-4056 (facsimile)

*Attorneys for Defendants American Savings Bank, Robert Smith, Jack Stephenson, Lee O. Fitch, Steven Conley and Kevin Blevins*


_____
R. Alan Lemons           (0030054)
Miller, Searl & Fitch
806 Sixth Street, Suite 200
P.O. Box 991
Portsmouth, Ohio 45662-0091
(740) 354-3600
(740) 354-1110 (facsimile)

*Attorney for Defendant John Kizer*


_____
David A. Herd            (0059448)
John C. Nemeth & Associates
21 E. Frankfort St.
Columbus, Ohio 43206
(614) 443-4866
(614) 443-4860 (facsimile)

*Attorney for Defendant Miller, Searl & Fitch*